[This opinion has been published in *Ohio Official Reports* at 178 Ohio St.3d 98.]

THE STATE OF OHIO, APPELLEE, *v*. TERRY, APPELLANT.

[Cite as *State v. Terry*, 2024-Ohio-5940.]

*Court of appeals' judgment affirmed on the authority of* State v. Miree.

(No. 2023-1003—Submitted December 17, 2024—Decided December 24, 2024.)

APPEAL from the Court of Appeals for Summit County,

No. 30137, 2023-Ohio-2234.

_____

The below judgment entry of the court was joined by KENNEDY, C.J., and FISCHER, DEWINE, DONNELLY, STEWART, BRUNNER, and HAWKINS, JJ.

{¶ 1} The judgment of the court of appeals is affirmed as to proposition of law No. I on the authority of *State v. Miree*, 2024-Ohio-5714, and cause dismissed as to proposition of law No. II as having been improvidently accepted.

_____

Elliot Kolkovich, Summit County Prosecuting Attorney, and Heaven R. DiMartino, Assistant Prosecuting Attorney, for appellee.

Russell S. Bensing for appellant, Melvin Michael Thomas Terry.

_____